IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| WILLIAM A. HESS, #2171994 | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:19cv571 |
| | § | |
| DIRECTOR, TDCJ-CID | § | |

## ORDER OF DISMISSAL

The above-entitled and numbered civil action was referred to United States Magistrate Judge Kimberly C. Priest Johnson. The Report and Recommendation of the Magistrate Judge ("Report") (Docket No. 8), which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. The Report was mailed to Petitioner at the address on file and returned as undeliverable (Docket No. 12); however, it is Petitioner's responsibility to maintain a current address with the Court. Accordingly, Petitioner has not filed any objections.

After reviewing the Report and Recommendation, the Court concludes that the findings and conclusions of the Magistrate Judge are correct, and **ADOPTS** the same as the findings and conclusions of the Court.

It is therefore **ORDERED** the petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE**.

It is further **ORDERED** all motions by either party not previously ruled on are hereby **DENIED**.

**So ORDERED and SIGNED this 15th day of August, 2019.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE